**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LATANYA MARSHALL and
6006 UNIVERSITY PLACE,
DETROIT, MI,

CASE NO. 07-CV-11641

       Plaintiffs,

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

-vs-

COUNTRYWIDE HOME LOANS,
INC.,

       Defendant.
_____/

## ORDER NOTIFYING PARTIES
## THAT DEFENDANT'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT WILL BE DECIDED ON THE PARTIES' BRIEFS

Pursuant to E.D. Mich. L. R. 7.1(e)(2), the Court hereby notifies the parties that it will make a decision on Defendant's Motion to Dismiss and/or Motion for Summary Judgment (Doc. No. 5) on the parties' submitted briefs without holding a hearing. Accordingly, the Court cancels the motion hearing scheduled for August 9, 2007.

**SO ORDERED.**

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: July 31, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 31, 2007.

                                                s/Denise Goodine
                                                Case Manager